# Exhibit A

**NYSCEF**
New York County Supreme Court

**Document List**
**Index #   154566/2026**

Created on:07/15/2026 07:35 AM

Case Caption:   **JOHN DOE v. MEDIUM RARE N.V. d/b/a STAKE.COM et al**

Judge Name:   **Dakota D. Ramseur**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE *Corrected* | Processed | 04/10/2026 | Buchanan, D. |
| 2 | ORDER TO SHOW CAUSE - ACCOMPANYING COMMENCEMENT DOC(S) (PROPOSED) WITH TRO (Motion #001)  *Corrected* | Processed | 04/10/2026 | Buchanan, D. |
| 3 | MEMORANDUM OF LAW IN SUPPORT *Corrected* | Processed | 04/10/2026 | Buchanan, D. |
| 4 | AFFIDAVIT OR AFFIRMATION IN SUPPORT *Corrected* | Processed | 04/10/2026 | Buchanan, D. |
| 5 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 04/07/2026 | Buchanan, D. |
| 6 | COMPLAINT | Processed | 04/10/2026 | Buchanan, D. |
| 7 | ORDER TO SHOW CAUSE (Motion #001) | Processed | 04/14/2026 | Court User |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #001) | Processed | 04/17/2026 | Buchanan, D. |
| 9 | PROOF OF SERVICE<br>Affirmation of Service - COINBASE GLOBAL, INC. | Processed | 04/29/2026 | Buchanan, D. |
| 10 | PROOF OF SERVICE<br>Affirmation of Service - SWEEPSTEAKS LTD. d/b/a STAKE.US | Processed | 04/29/2026 | Buchanan, D. |
| 11 | PROOF OF SERVICE<br>Affirmation of Service - COINBASE, INC. | Processed | 04/29/2026 | Buchanan, D. |
| 12 | NOTICE OF APPEARANCE (PRE RJI)<br>Notice of Appearance of David H. McGill | Processed | 05/08/2026 | Mc Gill, D. |
| 13 | STIPULATION - TIME TO ANSWER<br>Stipulation extending time to respond to the Complaint for Stake Defendants | Processed | 05/13/2026 | Mc Gill, D. |
| 14 | NOTICE OF APPEARANCE (PRE RJI)<br>Notice of Appearance of Tania B. Suarez-Marquez | Processed | 05/13/2026 | Suarez-Marquez, T. |
| 15 | STIPULATION - TIME TO ANSWER<br>Stipulation extending time to respond to the Complaint for Coinbase Defendants | Processed | 05/14/2026 | Buchanan, D. |
| 16 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Lara A. Flath | Processed | 05/15/2026 | Flath, L. |
| 17 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Alexander C. Drylewski | Processed | 05/15/2026 | Drylewski, A. |
| 18 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Michael W. McTigue Jr. | Processed | 05/15/2026 | Mctigue, M. |
| 19 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Meredith C. Slawe | Processed | 05/15/2026 | Slawe, M. |
| 20 | NOTICE OF APPEARANCE (POST RJI) | Processed | 05/15/2026 | Castiglione, M. |

NYSCEF

New York County Supreme Court

**Document List**

**Index #   154566/2026**

Created on:07/15/2026 07:35 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 21 | STIPULATION - TIME TO ANSWER<br>Stipulation extending time to respond to the Complaint for Defendant Freeman | Processed | 05/18/2026 | Buchanan, D. |
| 22 | NOTICE OF APPEARANCE (POST RJI) | Processed | 05/18/2026 | Tully, J. |
| 23 | NOTICE OF APPEARANCE (POST RJI) | Processed | 05/18/2026 | Schirick, E |
| 24 | NOTICE OF MOTION (Motion #002)<br>Notice of Motion for Pro Hac Vice Admission- Nigel P. Halliday | Processed | 05/18/2026 | Buchanan, D. |
| 25 | AFFIRMATION (Motion #002)<br>Affirmation in Support of Pro Hac Vice Admission | Processed | 05/18/2026 | Buchanan, D. |
| 26 | AFFIRMATION (Motion #002)<br>Affirmation of Nigel P. Halliday | Processed | 05/18/2026 | Buchanan, D. |
| 27 | EXHIBIT(S) - A (Motion #002)<br>Certificate of Good Standing from New Jersey | Processed | 05/18/2026 | Buchanan, D. |
| 28 | EXHIBIT(S) - B (Motion #002)<br>Certificate of Good Standing from Tennessee | Processed | 05/18/2026 | Buchanan, D. |
| 29 | ORDER - (PROPOSED) "SUBMIT ORDER" PER JUDGES DECISION (Motion #002)<br>Proposed Order for Pro Hac Vice Admission | Pending | 05/18/2026 | Buchanan, D. |
| 30 | MEMORANDUM OF LAW IN OPPOSITION (Motion #001)<br>Defendants Coinbase, Inc. and Coinbase Global, Inc's Memorandum of Law in Opposition to Plaintiff's | Processed | 05/18/2026 | Flath, L. |
| 31 | MEMORANDUM OF LAW IN OPPOSITION (Motion #001)<br>Stake Defendants' Opposition to Plaintiff John Doe's Application for Order to Show Cause with Tempor | Processed | 05/18/2026 | Mc Gill, D. |
| 32 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #001)<br>Affirmation of David McGill in Support of Stake Defendants' Opposition to Plaintiff John Doe's Appli | Processed | 05/18/2026 | Mc Gill, D. |
| 33 | EXHIBIT(S) - A (Motion #001)<br>Ex. A to Affirmation of David McGill - Affidavit from Doe v. Matta | Processed | 05/18/2026 | Mc Gill, D. |
| 34 | EXHIBIT(S) - B (Motion #001)<br>Ex. B to Affirmation of David McGill - Facebook Posts | Processed | 05/18/2026 | Mc Gill, D. |
| 35 | EXHIBIT(S) - C (Motion #001)<br>Ex. C to Affirmation of David McGill - Instagram Posts | Processed | 05/18/2026 | Mc Gill, D. |
| 36 | MEMORANDUM OF LAW IN OPPOSITION (Motion #001) | Processed | 05/19/2026 | Schirick, E |
| 37 | NOTICE OF MOTION (Motion #003)<br>Notice of Motion for Pro Hac Vice Admission (Jonathan J. Kim) | Processed | 05/27/2026 | Tully, J. |

**NYSCEF**

New York County Supreme Court

**Document List**

**Index #  154566/2026**

Created on:07/15/2026 07:35 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 38 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #003) <br> Josephy Tully Affirmation | Processed | 05/27/2026 | Tully, J. |
| 39 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #003) <br> Jonathan Kim Affirmation | Processed | 05/27/2026 | Tully, J. |
| 40 | EXHIBIT(S) - A (Motion #003) <br> Certificate of Good Standing | Processed | 05/27/2026 | Tully, J. |
| 41 | ORDER ( PROPOSED ) (Motion #003) <br> FOR ADMISSION PRO HAC VICE | Processed | 05/27/2026 | Tully, J. |
| 42 | LETTER / CORRESPONDENCE TO JUDGE (Motion #001) <br> Letter enclosing proposed order regarding May 19, 2026 hearing | Processed | 06/03/2026 | Castiglione, M. |
| 43 | EXHIBIT(S) - 1 (Motion #001) <br> Proposed Order re: May 19, 2026 hearing | Processed | 06/03/2026 | Castiglione, M. |
| 44 | DECISION + ORDER ON MOTION (Motion #001) | Processed | 06/04/2026 | Court User |
| 45 | NOTICE OF ENTRY (Motion #001) | Processed | 06/05/2026 | Castiglione, M. |
| 46 | DECISION + ORDER ON MOTION (Motion #002) | Processed | 06/05/2026 | Court User |
| 47 | DECISION + ORDER ON MOTION (Motion #003) | Processed | 06/05/2026 | Court User |
| 48 | NOTICE OF MOTION (Motion #004) <br> FOR ADMISSION PRO HAC VICE OF BENJAMIN S. SCHENK FOR PLAINTIFF  JOHN DOE | Processed | 06/08/2026 | Buchanan, D. |
| 49 | AFFIRMATION (Motion #004) <br> OF DAVID R. BUCHANAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF BENJAMIN S. SCHENK FOR PLAIN | Processed | 06/08/2026 | Buchanan, D. |
| 50 | AFFIRMATION (Motion #004) <br> OF BENJAMIN S. SCHENK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE FOR PLAINTIFF JOHN DOE | Processed | 06/08/2026 | Buchanan, D. |
| 51 | EXHIBIT(S) - A (Motion #004) <br> Certificate of Standing from the State Bar of California | Processed | 06/08/2026 | Buchanan, D. |
| 52 | EXHIBIT(S) - B (Motion #004) <br> Permit from the Law Society of British Columbia | Processed | 06/08/2026 | Buchanan, D. |
| 53 | ORDER ( PROPOSED ) (Motion #004) <br> FOR ADMISSION PRO HAC VICE OF BENJAMIN S. SCHENK FOR PLAINTIFF JOHN DOE | Processed | 06/08/2026 | Buchanan, D. |
| 54 | NOTICE OF MOTION (Motion #005) <br> FOR ADMISSION PRO HAC VICE OF FREDERICK SCHENK FOR PLAINTIFF JOHN DOE | Processed | 06/08/2026 | Buchanan, D. |
| 55 | AFFIRMATION (Motion #005) <br> OF DAVID R. BUCHANAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF FREDERICK SCHENK FOR PLAINTI | Processed | 06/08/2026 | Buchanan, D. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 56 | AFFIRMATION (Motion #005) OF FREDERICK SCHENK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE FOR PLAINTIFF JOHN DOE | Processed | 06/08/2026 | Buchanan, D. |
| 57 | EXHIBIT(S) - A (Motion #005) Certificate of Standing from the State Bar of California | Processed | 06/08/2026 | Buchanan, D. |
| 58 | EXHIBIT(S) - B (Motion #005) Permit from the Law Society of British Columbia | Processed | 06/08/2026 | Buchanan, D. |
| 59 | ORDER ( PROPOSED ) (Motion #005) ADMITTING FREDERICK SCHENK TO APPEAR PRO HAC VICE FOR PLAINTIFF JOHN DOE | Processed | 06/08/2026 | Buchanan, D. |
| 60 | NOTICE OF MOTION (Motion #006) FOR ADMISSION PRO HAC VICE OF MADELINE E. PENDLEY FOR PLAINTIFF JOHN DOE | Processed | 06/08/2026 | Buchanan, D. |
| 61 | AFFIRMATION (Motion #006) OF DAVID R. BUCHANAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF MADELINE E. PENDLEY FOR PLAI | Processed | 06/08/2026 | Buchanan, D. |
| 62 | AFFIRMATION (Motion #006) OF MADELINE E. PENDLEY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE FOR PLAINTIFF JOHN DOE | Processed | 06/08/2026 | Buchanan, D. |
| 63 | EXHIBIT(S) - A (Motion #006) Certificate of Good Standing from the State of Florida | Processed | 06/08/2026 | Buchanan, D. |
| 64 | ORDER ( PROPOSED ) (Motion #006) ADMITTING MADELINE E. PENDLEY TO APPEAR PRO HAC VICE FOR PLAINTIFF JOHN DOE | Processed | 06/08/2026 | Buchanan, D. |
| 65 | NOTICE OF ENTRY (Motion #002) | Processed | 06/08/2026 | Castiglione, M. |
| 66 | NOTICE OF ENTRY (Motion #002) | Processed | 06/08/2026 | Castiglione, M. |
| 67 | DECISION + ORDER ON MOTION (Motion #004) | Processed | 06/10/2026 | Court User |
| 68 | DECISION + ORDER ON MOTION (Motion #005) | Processed | 06/10/2026 | Court User |
| 69 | DECISION + ORDER ON MOTION (Motion #006) | Processed | 06/10/2026 | Court User |
| 70 | NOTICE OF ENTRY (Motion #004) | Processed | 06/10/2026 | Castiglione, M. |
| 71 | NOTICE OF ENTRY (Motion #005) | Processed | 06/10/2026 | Castiglione, M. |
| 72 | NOTICE OF ENTRY (Motion #006) | Processed | 06/10/2026 | Castiglione, M. |
| 73 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #001) | Processed | 06/11/2026 | Castiglione, M. |
| 74 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 06/11/2026 | Castiglione, M. |

NYSCEF
New York County Supreme Court

**Document List**

**Index #    154566/2026**

Created on:07/15/2026 07:35 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 75 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #002) | Processed | 06/11/2026 | Castiglione, M. |
| 76 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #004) | Processed | 06/11/2026 | Castiglione, M. |
| 77 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #005) | Processed | 06/11/2026 | Castiglione, M. |
| 78 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #005) | Processed | 06/11/2026 | Castiglione, M. |
| 79 | AFFIDAVIT/AFFIRMATION (Motion #001) | Processed | 06/18/2026 | Castiglione, M. |
| 80 | NOTIFICATION FOR SEALING (Motion #001) re: NYSCEF DOC. NO. 79 | Processed | 06/18/2026 | Castiglione, M. |
| 81 | NOTICE OF MOTION (Motion #007) FOR ADMISSION PRO HAC VICE OF TROY RAFFERTY FOR PLAINTIFF JOHN DOE | Processed | 06/26/2026 | Buchanan, D. |
| 82 | AFFIDAVIT/AFFIRMATION (Motion #007) OF DAVID R. BUCHANAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF TROY RAFFERTY FOR PLAINTIFF | Processed | 06/26/2026 | Buchanan, D. |
| 83 | AFFIDAVIT/AFFIRMATION (Motion #007) OF TROY RAFFERTY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE FOR PLAINTIFF JOHN DOE | Processed | 06/26/2026 | Buchanan, D. |
| 84 | EXHIBIT(S) - A (Motion #007) Certificate of Good Standing from the State of Florida | Processed | 06/26/2026 | Buchanan, D. |
| 85 | ORDER ( PROPOSED ) (Motion #007) ADMITTING TROY RAFFERTY TO APPEAR PRO HAC VICE FOR PLAINTIFF JOHN DOE | Processed | 06/26/2026 | Buchanan, D. |
| 86 | DECISION + ORDER ON MOTION (Motion #007) | Pending | 07/10/2026 | Court User |
| 87 | NOTICE OF ENTRY (Motion #007) | Processed | 07/13/2026 | Castiglione, M. |