

**Orrick, Herrington & Sutcliffe LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037-3202

+1 202 339 8400

**orrick.com**

**VIA ECF**

July 16, 2026

Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**David McGill**

**E** dmcgill@orrick.com
**D** +1 202 339 8666
**F** +1 202 339 8500

Re: CM/ECF Technical Errors on July 15, 2026
    *Doe v. Medium Rare N.V., et. al.,* 1:26-cv-05975 (JPC) (OTW)

Dear Judge Cronan:

Defendants Medium Rare N.V. d/b/a Stake.com, Sweepstakes Ltd. d/b/a Stake.us, EasyGo Group Holdings Pty Ltd., EasyGo Entertainment Pty Ltd., Medium Rare Ltd., Slicemedia B.V., Bijan Tehrani, and Edward Craven (collectively, the "Stake Defendants"), through their attorneys Orrick, Herrington & Sutcliffe LLP, submit this letter pursuant to Section 23.6 of the Southern District of New York's Electronic Filing Rules to inform the Court of a technical failure with the CM/ECF system.

On July 15, 2026, at approximately 12:55 p.m. (Eastern Daylight Time), the Stake Defendants filed a Notice of Removal from the Supreme Court of the State of New York, County of New York (Case No. 154566/2026). Following this filing, the Stake Defendants made multiple attempts to submit the civil cover sheet and two declarations in support of the Notice of Removal, but were unable to do so due to persistent system errors. Counsel for the Stake Defendants confirmed there were no technical issues on their own computer systems, and contacted the ECF Help Desk that afternoon. The ECF Help Desk then confirmed that the CM/ECF system was not functioning properly.

This technical disruption appears to have been resolved. Accordingly, concurrently with this letter, the Stake Defendants are filing the civil cover sheet and the two declarations in support of the Notice of Removal. The Stake Defendants will also serve these documents on counsel for Plaintiff and co-defendants.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/David McGill
David McGill