**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOE,<br><br>     Plaintiff,<br><br>  -against-<br><br>MEDIUM RARE N.V. d/b/a STAKE.COM, SWEEPSTEAKS LTD. d/b/a STAKE.US, EASYGO GROUP HOLDINGS PTY LTD., EASYGO ENTERTAINMENT PTY LTD., MEDIUM RARE LTD., SLICEMEDIA B.V., BIJAN TEHRANI, EDWARD CRAVEN, CHRISTOPHER FREEMAN COINBASE, INC.; and COINBASE GLOBAL, INC.,<br><br>     Defendants. | Case No: **1:26-cv-05975-JPC**<br><br>**DECLARATION OF JARROD ANTHONY FEBBRAIO REGARDING STAKE.COM IN SUPPORT OF THE STAKE DEFENDANTS' NOTICE OF REMOVAL**<br><br>[Index No. 154566/2026 in Supreme Court of the State of New York, County of New York] |

<u>**DECLARATION OF JARROD ANTHONY FEBBRAIO REGARDING STAKE.COM IN SUPPORT OF THE STAKE DEFENDANTS' NOTICE OF REMOVAL**</u>

I, Jarrod Anthony Febbraio, declare as follows:

1. I am one of the corporate executives at Medium Rare N.V. d/b/a Stake.com ("Stake.com"), one of the named defendants in the above captioned matter. My title is Director of Stake. Since November 10, 2025, I have been responsible for oversight operations relating to Stake.com. Through that work, I am familiar with the current and historical systems and records that relate to Stake.com account holders' records and account sign-in and sign-up flows. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of the Notice of Removal filed concurrently herewith by Defendants Stake.com, Sweepsteaks LTD. d/b/a Stake.us, Easygo Group Holdings

Pty Ltd., Easygo Entertainment Pty Ltd., Medium Rare Ltd., Slicemedia B.V., Bijan Tehrani, and Edward Craven.

3.      I have reviewed what I understand to be the Complaint in the civil action captioned *John Doe v. Medium Rare N.V. d/b/a Stake.com, et al.* (154566/2026, Sup. Ct., N.Y. Cnty., Apr. 7, 2026), currently pending in New York Supreme Court County of New York.

4.      Stake.com is an online interactive gaming platform that provides casino-style games (the "Stake.com Platform").

5.      It is my understanding that counsel for Plaintiff provided counsel for Defendants information on Plaintiff including Plaintiff's full name, date of birth, as well as his email addresses and usernames for certain accounts he opened with certain Defendants.  I have reviewed Stake.com's records regarding Plaintiff's user accounts on the Stake.com Platform, which are maintained in the ordinary course of business.

6.      In order to access and use the Stake.com Platform, including playing games, making any purchases, and/or redeeming prizes, Stake.com users are required to create a user account.  At the time a user creates a Stake.com account, he or she is required to accept Stake.com's Terms and Conditions (the "Stake.com Terms").

7.      According to Stake.com's records, Plaintiff created a Stake.com account on August 31, 2017 (the "First Stake.com Account").  Per the Stake.com Platform's requirements, Plaintiff accepted the Stake.com Terms on August 31, 2017, at 02:16AM.

8.      According to Stake.com's records, Plaintiff created a second Stake.com account on May 24, 2019 (the "Second Stake.com Account").  Per the Stake.com Platform's requirements, Plaintiff again accepted the Stake.com Terms on May 24, 2019, at 06:26AM.

9.      Stake.com periodically updates the Stake.com Terms and requires users to accept the updated Stake.com Terms in order to continue using the Stake.com Platform.

10.      Plaintiff most recently accepted updated Stake.com Terms in connection with the First Stake.com account on May 23, 2023, at 10:44:55PM GMT.  A true and accurate copy of the Stake.com Terms that were in effect on **May 23, 2023** is attached hereto as **Exhibit A**.

11.      Plaintiff most recently accepted updated Stake.com Terms in connection with the Second Stake.com account on September 16, 2023, at 01:26:36AM GMT.  The Terms attached as **Exhibit A** were in effect on **September 16, 2023**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2026 in Singapore

Jarrod Febbraio
_____
Jarrod Anthony Febbraio