**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>      -against-<br><br>MEDIUM RARE N.V. d/b/a STAKE.COM, SWEEPSTEAKS LTD. d/b/a STAKE.US, EASYGO GROUP HOLDINGS PTY LTD., EASYGO ENTERTAINMENT PTY LTD., MEDIUM RARE LTD., SLICEMEDIA B.V., BIJAN TEHRANI, EDWARD CRAVEN, CHRISTOPHER FREEMAN, COINBASE, INC.; and COINBASE GLOBAL, INC.,<br><br>                Defendants. | Case No.: 1:26-cv-5975 (JPC) (OTW)<br><br>**CORPORATE STAKE DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Medium Rare N.V. d/b/a Stake.com, Sweepsteaks Ltd. d/b/a Stake.us, Easygo Group Holdings Pty Ltd., Easygo Entertainment Pty Ltd., Medium Rare Ltd., and Slicemedia B.V. (collectively, the "Corporate Stake Defendants"), through their undersigned counsel, state:

1. No publicly held corporation owns 10% or more of any of the Corporate Stake Defendant's stock.

2. Defendants Easygo Group Holdings Pty Ltd. and Slicemedia B.V. have no parent companies.

3. Defendant Medium Rare N.V.'s parent company is Lockwood Ltd.

4. Defendant Sweepsteaks Ltd.'s parent company is Well Done STK Limited.  Well Done STK Limited's parent company is Ashwood Holdings Pty Ltd.

5. Defendant Easygo Entertainment Pty Ltd.'s parent company is Easygo Group Holdings Pty Ltd.

6. Defendant Medium Rare Ltd.'s parent company is Medium Rare N.V.

Dated: July 17, 2026

/s/ David McGill

David McGill, Esq..
C. Anne Malik, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: (212) 506-5000
Facsimile: (202 339-8500
dmcgill@orrick.com
amalik@orrick.com

*Counsel for Defendants*
MEDIUM RARE N.V. d/b/a STAKE.COM,
SWEEPSTEAKS LTD. d/b/a STAKE.US,
EASYGO GROUP HOLDINGS PTY LTD.,
EASYGO ENTERTAINMENT PTY LTD.,
MEDIUM RARE LTD., SLICEMEDIA B.V.,
BIJAN TEHRANI, and EDWARD CRAVEN

2