

**Orrick, Herrington & Sutcliffe LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037-3202

+1 202 339 8400
**orrick.com**

**David McGill**

**E** dmcgill@orrick.com
**D** +1 202 339 8666
**F** +1 202 339 8500

**VIA ECF**

July 20, 2026

Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Request to Adjourn Deadline to Respond to Complaint
    *Doe v. Medium Rare N.V., et al.,* 1:26-cv-05975 (JPC) (OTW)

Dear Judge Cronan:

We represent Defendants Medium Rare N.V. d/b/a Stake.com, Sweepstakes Ltd. d/b/a Stake.us, EasyGo Group Holdings Pty Ltd., EasyGo Entertainment Pty Ltd., Medium Rare Ltd., Slicemedia B.V., Bijan Tehrani, and Edward Craven (collectively, the "Stake Defendants") in the above-captioned matter. We are writing pursuant to Rule 3(B) of your Individual Practices to respectfully request that the Court stay the deadline for Defendants to answer or otherwise respond to the Complaint for the reasons set forth below.

On July 15, 2026, the Stake Defendants—with the consent of their co-defendants—removed this action from Supreme Court of the State of New York, County of New York, to this Court. *See* Notice of Removal, ECF No. 1. Because none of the Defendants had answered or otherwise responded to the Complaint prior to removal, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' deadline to respond to the Complaint is currently July 22, 2026.

All of the Defendants anticipate moving to compel arbitration. In advance of the July 22 response deadline, Defendants met and conferred with counsel for Plaintiff on July 17, 2026 to discuss the briefing schedule for Defendants' anticipated motions to compel arbitration and their deadlines to respond to the Complaint. While the anticipated motions to compel arbitration likely satisfy Defendants' respective obligations to respond to the Complaint, in any event counsel for Plaintiff was amenable to proposing that the Court stay the deadline for Defendants to file any answer or other response to the Complaint until after the Court has adjudicated the parties' forthcoming motions.

Accordingly, the Stake Defendants write to respectfully request that the Court stay the July 22, 2026 deadline for all Defendants to answer or otherwise respond to the Complaint in light of the anticipated motions to compel arbitration. By no later than July 24, 2026, the parties will submit a joint proposed schedule to the Court addressing the briefing schedule for all anticipated motions



Honorable John P. Cronan
July 20, 2026
Page 2

and Defendants' deadline to answer or otherwise respond to the Complaint.  Co-Defendants and Plaintiff consent to and join this request.[1]

The Stake Defendants thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ David McGill*
David McGill

---

[1] Pursuant to Rule 3(B) of the Court's Individual Practices, the Stake Defendants also confirm that no party has previously requested that this Court extend the deadline to answer or otherwise respond to the Complaint.