orrick

**Orrick, Herrington & Sutcliffe LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037-3202

+1 202 339 8400
**orrick.com**

**David McGill**

**E** dmcgill@orrick.com
**D** +1 202 339 8666
**F** +1 202 339 8500

**VIA ECF**

August 31, 2026

Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Defendants' Letter Motion for Extension of Time to File Motion to Compel Arbitration, *Doe v. Medium Rare N.V., et al.*, No. 1:26-cv-05975 (JPC) (OTW)

Dear Judge Cronan:

On behalf of Defendants Medium Rare N.V. d/b/a Stake.com, Sweepsteaks Ltd. d/b/a Stake.us, EasyGo Group Holdings Pty Ltd., EasyGo Entertainment Pty Ltd., Medium Rare Ltd., Slicemedia B.V., Bijan Tehrani, and Edward Craven ("the Stake Defendants") we respectfully submit this letter motion requesting a one-day extension of time for all Defendants to file their motions to compel arbitration. In compliance with the Court's Individual Rules regarding requests for adjournments or extensions of time, the Stake Defendants state as follows:

Pursuant to this Court's Order dated August 14, 2026, Defendants' motions to compel arbitration are due on September 7, 2026. *See* ECF No. 27. Because Monday, September 7, 2026, is a federal holiday (Labor Day),[1] the Stake Defendants respectfully request that the deadline be extended by one day to Tuesday, September 8, 2026. This is the parties' first request for an extension of the Court's August 14, 2026 briefing schedule. The Stake Defendants have conferred with their co-Defendants and Plaintiff, who do not object to this request. No other amendments to the Court's briefing schedule are required.

For the foregoing reasons, the Stake Defendants respectfully request that the Court grant this letter motion and extend the deadline for filing all motions to compel arbitration to September 8, 2026.

Respectfully submitted,

*/s/ David McGill*
David McGill

[1] *See* Court Holidays, U.S. District Court, Southern District of New York, www.nysd.uscourts.gov/about/holidays.