**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>-against-<br><br>MEDIUM RARE N.V. d/b/a STAKE.COM, SWEEPSTEAKS LTD. d/b/a STAKE.US, EASYGO GROUP HOLDINGS PTY LTD., EASYGO ENTERTAINMENT PTY LTD., MEDIUM RARE LTD., SLICEMEDIA B.V., BIJAN TEHRANI, EDWARD CRAVEN, CHRISTOPHER FREEMAN, COINBASE, INC.; and COINBASE GLOBAL, INC.<br><br>Defendants. | Case No: 26-cv-05975 |

**PLEASE TAKE NOTICE** that Plaintiff John Doe ("Plaintiff"), in response to the motions to compel arbitration (*see* ECF Nos. 31, 38, 42) filed by defendants in the above-captioned case, cross-moves to remand this action pursuant to 28 U.S.C.§ 1447(c).

This cross-motion is based on this Notice of Cross-Motion, respective Memorandums in Opposition to Defendants' Motions to Compel Arbitration, the accompanying Declaration of Michael J. Castiglione and attached exhibits, the Declaration of John Doe, and all pleadings on file in this action, and any other matter the Court may properly consider.

Dated: November 6, 2026

Respectfully submitted,

/s/ *Michael J. Castiglione*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
mcastiglione@seegerweiss.com

cc: All Counsel (via ECF)